# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICE BANKS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, JOHN HILL in his official capacity as Executive Director, and CARLA LEA EDWARDS, in her official capacity,<br><br>　　　　　Defendant. | Case No.  2:15-cv-01541-JCM-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on David Olshan, Esq. and Kristine Bergstrom, Esq.'s Motion to Withdraw as Attorney of Record for Plaintiff, Alice Banks (#16), filed on December 1, 2015.  To date, no party has filed an opposition to this motion and the time for opposition has now expired.  Furthermore, the movants substantially establish good cause for the withdrawal.  Accordingly,

　　　　**IT IS HEREBY ORDERED** that David Olshan, Esq. and Kristine Bergstrom, Esq.'s Motion to Withdraw as Attorney of Record for Plaintiff, Alice Banks (#16) is **granted**.

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Alice Banks to the civil docket:

**ALICE BANNKS**
**P.O. BOX 2743**
**LAS VEGAS, NV 89118**
**ALICEMBANKS@YAHOO.COM**
**(702) 503-3219**

. . .

. . .

1     **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Alice Banks with a
2 copy of this order at her last known addresses listed above.
3     DATED this 21st day of December, 2015.

                    _____
                    GEORGE FOLEY, JR.
                    United States Magistrate Judge